UNITED STATES DISTRCT COURT
EASTERN DISTRCT OF MISSOURI
EASTERN DIVISION

FILED

JAN 1 9 2022

U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) **4:22CR018 AGF/SRW** |
| | ) |
| ELIZABETH N. BATES, | ) |
| | ) |
| Defendant. | ) |

## INDICTMENT

The Grand Jury charges:

## COUNT ONE

### (Unauthorized Use of Access Device)

From on or about February 20, 2020, and continuing through on or about October 29, 2020, in the Eastern District of Missouri, the defendant,

### ELIZABETH N. BATES,

did knowingly and with intent to defraud, used one or more unauthorized access devices, to wit, a Synchrony Bank credit card belonging to "R.R.," during any one-year period, and by such conduct did obtain anything of value aggregating $1,000.00 or more during that period, said conduct affecting interstate and foreign commerce.

In violation of Title 18, United States Code, Sections 1029(a)(2) and 2.

## COUNT TWO

### (Unauthorized Use of Access Device)

From on or about March 21, 2020, and continuing through on or about June 28, 2020, in

1

the Eastern District of Missouri, the defendant,

### **ELIZABETH N. BATES,**

did knowingly and with intent to defraud, use one or more unauthorized access devices, to wit, Commerce Bank Visa debit card belonging to "F.P.," during any one-year period, and by such conduct did obtain anything of value aggregating $1,000.00 or more during that period, said conduct affecting interstate and foreign commerce.

In violation of Title 18, United States Code, Sections 1029(a)(2) and 2.

### **COUNT THREE**

### **(Aggravated Identity Theft)**

On or about March 21, 2020, in the Eastern District of Missouri, the defendant,

### **ELIZABETH N. BATES,**

during and in relation to a felony violation enumerated in Title 18, United States Code, Section 1028A(c), specifically, Title 18 United States Code Section 1029(a)(2) (access device fraud), did knowingly possess and use, without lawful authority, a means of identification of another person, to wit: the name of "F.P.," knowing that the means of identification belonged to another actual person.

In violation of Title 18, United States Code, Sections 1028A(a)(1) and 2.

A TRUE BILL.

_____
FOREPERSON

SAYLER A. FLEMING
United States Attorney

_____
JENNIFER J. ROY #47203MO
Assistant United States Attorney